IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Cornelius C

Printed: 5/27/08

Case Number: 06 B 15981
Judge: Hollis, Pamela S
Filed: 12/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 14, 2008
Confirmed: February 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,980.76 |  |
| Secured: |  | 751.55 |
| Unsecured: |  | 0.00 |
| Priority: |  | 392.94 |
| Administrative: |  | 2,624.00 |
| Trustee Fee: |  | 212.27 |
| Other Funds: |  | 0.00 |
| Totals: | 3,980.76 | 3,980.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,624.00 | 2,624.00 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 16,850.04 | 751.55 |
| 4. | Illinois Dept of Revenue | Priority | 622.08 | 392.94 |
| 5. | Asset Acceptance | Unsecured | 73.97 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 866.76 | 0.00 |
| 7. | B-Line LLC | Unsecured | 820.04 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 63.36 | 0.00 |
| 9. | Nuvell Credit Company LLC | Unsecured | 2,885.63 | 0.00 |
|  |  |  | $ 24,805.88 | $ 3,768.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 21.60 |
| 5.4% | 190.67 |
|  | $ 212.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Cornelius C

Printed: 5/27/08

Case Number: 06 B 15981
Judge: Hollis, Pamela S
Filed: 12/5/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

